```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916)554-2918
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR CRIMINAL COMPLAINT, SEARCH AND ARREST WARRANTS | Case No.  2:12-mj-0224 DAD<br><br>REQUEST TO UNSEAL CRIMINAL COMPLAINT, ARREST WARRANTS AND AFFIDAVIT |

The search and arrest warrants in the above-captioned proceeding were executed on August 30, 2012. As a result, there is no need for the arrest warrants, search warrants, criminal complaint or the supporting affidavit to remain under seal. Accordingly, the United States asks that the Court order that the Criminal Complaint, Arrest Warrants, Search Warrants and Affidavit of IRS Special Agent Jason Lamb in support thereof be unsealed.

BENJAMIN B. WAGNER
United States Attorney

DATED: August 30, 2012

by: /s/ Todd D. Leras
TODD D. LERAS
ASSISTANT U.S. ATTORNEY

1

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  IN THE MATTER OF THE APPLICATION ) Case No.  2:12-mj-0224 DAD
    OF THE UNITED STATES OF AMERICA  )
12  FOR CRIMINAL COMPLAINT SEARCH    )
    AND ARREST WARRANTS              ) ORDER RE: REQUEST TO UNSEAL
13                                   ) CRIMINAL COMPLAINT, SEARCH AND
                                     ) ARREST WARRANTS AND SUPPORTING
14                                   ) AFFIDAVIT
                                     )
15                                   )
                                     )
16                                   )
                                     )
17  ─────────────────────────────────)
18
19       Upon application of the United States of America and good cause
20  having been shown,
21       IT IS HEREBY ORDERED that the Criminal Complaint, Search
22  Warrants, and Arrest Warrants, and Affidavit of IRS Special Agent
23  Jason Lamb in support thereof in the above-captioned proceeding be
24  and are hereby unsealed.
25  DATED: August 30, 2012.
26
27                                   _____
    dad1.crim                        DALE A. DROZD
28  12mj0244unsealingorder.0830      UNITED STATES MAGISTRATE JUDGE
                                   1
```